UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH N. SKIPPER,

       Plaintiff,

v.                                                            Case No. 2:06-cv-24
                                                             HON. GORDON J. QUIST

OFFICER HILL, et al.,

       Defendants.

_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. The Court has received objections from the plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made.

       Plaintiff asserted that his Eighth Amendment rights were violated by defendants. However, plaintiff failed to show how his Eighth Amendment rights were violated by a missed shower. Even if plaintiff could show that he missed multiple showers, plaintiff has failed to show that his Eighth Amendment rights were violated. Similarly, plaintiff failed to establish that he was placed in danger from alleged statements made concerning plaintiff's crime.

       THEREFORE, IT IS ORDERED that the Report and Recommendation (Docket #19) of the Magistrate Judge is approved and adopted as the opinion of the court.

Dated: December 19, 2006                                      /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE